# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:11-CR-57 (WLS-TQL) |
| | : |
| RYAN EDWARD DOUGHERTY, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On June 26, 2024, the Honorable Tilman E. Self, United States District Judge, entered an Order granting Defendant's previous Counsel's Motion to Withdraw (Doc. 209). The Court **DIRECTS** the Honorable Magistrate Judge Thomas Q. Langstaff to appoint CJA counsel to represent the interests of Defendant. New Counsel is **ORDERED** to file a supplemental brief in support of Defendant's motion for sentence reduction within forty-five (45) days of appointment or timely seek an extension by the same deadline.

**SO ORDERED**, this 28th day of June 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**